Argued and submitted September 23, convictions affirmed; remanded for
resentencing November 13, 1996

STATE OF OREGON,
*Respondent,*

*v.*

GLEN R. DEAN,
*Appellant.*

(C95-01-30010; CA A90429)

926 P2d 336

David C. Degner, Deputy Public Defender, argued the
cause for appellant. With him on the brief was Sally L. Avera,
Public Defender.

Timothy A. Sylwester, Assistant Attorney General,
argued the cause for respondent. With him on the brief were
Theodore R. Kulongoski, Attorney General, and Virginia L.
Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and
Armstrong, Judges.

PER CURIAM